RB:MMS
F.#2011R01033

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - -X

| | |
|---|---|
| UNITED STATES OF AMERICA | I N F O R M A T I O N |
| - against - | Cr. No. 11-529 (BMC)<br>(T. 26, U.S.C., § 7202;<br>T. 18, U.S.C., §§ 3551 |
| ALAN CAVALIERE, | |
| Defendant. | et seq.) |

- - - - - - - - - - - - - - - -X

THE UNITED STATES ATTORNEY CHARGES:

INTRODUCTION

At all times relevant to this Information, unless otherwise indicated:

1.  The defendant ALAN CAVALIERE owned and operated Conventional Stone Services Corp. ("Conventional"), a stone setting company located in Linden, New Jersey.

2.  Pursuant to Title 26 of the United States Code, employers, including Conventional, had a duty to truthfully account for and pay over to the Internal Revenue Service ("IRS") Federal Insurance Contributions Act ("FICA") taxes, and to file on a quarterly basis an Employer's Quarterly Federal Tax Return, IRS form 941. FICA required the payment of FICA taxes by employees and employers to fund various federal benefit programs, including Social Security and Medicare.

2

3. As the owner and operator of Conventional, the defendant ALAN CAVALIERE was required to collect, truthfully account for and pay over to the IRS FICA taxes that were due and owing.

### WILLFUL FAILURE TO COLLECT, TRUTHFULLY ACCOUNT FOR AND PAY OVER TAX

4. The allegations contained in paragraphs one through three are repeated and incorporated as though fully set forth in this paragraph.

5. On or about July 31, 2010, in the District of New Jersey, the defendant ALAN CAVALIERE, being the owner and operator of Conventional, and thereby being required to collect, truthfully account for and pay over FICA taxes to the IRS, did knowingly and willfully fail to collect, truthfully account for and pay over FICA taxes in the amount of $46,163.52, knowing that such FICA taxes were due and owing.

(Title 26, United States Code, Section 7202; Title 18, United States Code, Sections 3551 et seq.)

LORETTA E. LYNCH
UNITED STATES ATTORNEY
EASTERN DISTRICT OF NEW YORK

BY: _____
ACTING UNITED STATES ATTORNEY
PURSUANT TO 28 C.F.R. 0.136

F. #2005R01013
FORM DBD-34
JUN. 85

Crim. No. 11-529

# UNITED STATES DISTRICT COURT

EASTERN *District of* NEW YORK

CRIMINAL DIVISION

THE UNITED STATES OF AMERICA

vs.

*Alan Cavaliere,*

Defendant.

## INFORMATION

(T. 26, U.S.C., § 7202; Title 18, U.S.C. §§ 3551 et seq.)

A true bill.

_____
*Foreman*

Filed in open court this _____ day,

of _____ A.D. 20 _____

_____
*Clerk*

Bail, $ _____

*Marisa Seifan, Assistant U.S. Attorney (718-254-6008)*